# EXHIBIT 1

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Pittsburgh Area Office**
1000 Liberty Avenue, Suite 1112
Pittsburgh, PA 15222
(412) 588-6905
Website: www.eeoc.gov

# **DETERMINATION AND NOTICE OF RIGHTS**
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 05/01/2024

**To:** Mr. Michael Graham
964 Halyday Run Road
Oil City, PA 16301
Charge No: 533-2024-01689

EEOC Representative and Phone:   Philadelphia Legal Unit
(267) 589-9700

## **DETERMINATION OF CHARGE**

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## **NOTICE OF YOUR RIGHT TO SUE**

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By: Deborah Kane
05/01/2024

Deborah Kane
Area Office Director

**Cc:**
John Martin
Pillar+Aught
4201 E PARK CIR
Harrisburg, PA 17111

Gregory A Beard
Stronghold Digital Mining
595 Madison Avenue Floor 29
New York, NY 10022

Sean A Casey
The Pickering Building 960 Penn Avenue, Suite 1001
Pittsburgh, PA 15222


Please retain this notice for your records.